1
2
3            UNITED STATES DISTRICT COURT
4            EASTERN DISTRICT OF WASHINGTON
5

| | |
|---|---|
| 6  UNITED STATES OF AMERICA, | No. 12-cr-6025-EFS-3 |
| 7           Plaintiff, | ORDER FOLLOWING: |
| 8  vs. | ☐ INITIAL APPEARANCE |
| 9  CAESARE CRISTEN BAEZ, | ☐ ARRAIGNMENT |
| 10           Defendant. | ☐ PRETRIAL RELEASE |
| 11 |         REVOCATION HEARING |
| 12 | ☒ MOTION GRANTED |
| 13 |     **(ECF No. 238, 241, 242)** |
| 14 | ☐ MOTION DENIED |
| 15 |     **(ECF No. _____)** |
| 16 | ☐   ACTION REQUIRED |
| 17 | |

18  Date of hearing: 06/21/2013
19  ☒    Defendant's motion for action: Pretrial
20  ☒    Defendant's second and third motions to modify pre-trial release conditions,
21       **ECF No. 238, 241 and 242**, on an expedited basis, ECF No. **243** are all
22       **granted**. Previously ordered conditions of release are modified as
23       follows: the requirements of GPS monitoring and curfew may be removed.
24       Defendant is permitted to attend a firework celebration on July 4, 2013.
25       All other conditions remain.
26  DATED June 21, 2013.
27
28                          s/James P. Hutton

ORDER - 1

JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER - 2